UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DALLAS ROBINSON )
)
        Plaintiff, )
)
v. ) Case No. 18-2489-CM
)
KVC PRAIRIE RIDGE VALLEY HOSPITAL, et al., )
)
        Defendants. )

## **ORDER**

Plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 3) is hereby granted.[1] If not previously provided, plaintiff is directed to provide the addresses of all named defendants by no later than **October 12, 2018**, so that the Clerk of the Court may proceed with service of process. The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

A copy of this order shall be mailed to plaintiff by certified and regular mail.

IT IS SO ORDERED.

Dated September 26, 2018, at Kansas City, Kansas.

                                                        s/ James P. O'Hara
                                                        James P. O'Hara
                                                        U.S. Magistrate Judge

---

[1] In making this determination, the court has considered plaintiff's supplemental affidavit (ECF No. 6), together with the original affidavit (ECF No. 3-1).

1